**Order entered March 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00052-CV**

**HINDUJA GLOBAL SOLUTION, INC., ET AL., Appellants**

**V.**

**ALI GANJAEI, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-20539**

**ORDER**

Before the Court is appellants' March 24, 2022 motion for a seven-day extension of time to file their brief on the merits. Appellants explain the extension is needed because the clerk's record is incomplete and needs to be supplemented. The requested supplemental clerk's record has been filed. We **GRANT** the motion and extend the time to **March 31, 2022**.

/s/     KEN MOLBERG
        JUSTICE